CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 2 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT R. LOFTON, | ) |
| Plaintiff, | ) Case No. 7:10CV00564 |
| v. | ) |
| | ) **FINAL ORDER** |
| E. LEE, MAIL CLERK, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's amendment (DE 8) is **GRANTED** and his complaint is hereby amended as therein stated, but that this civil action as amended is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1367(c) and 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 1st day of February, 2011.

_____
Chief United States District Judge